IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PROGRESSIVE PIPELINE           :
MANAGEMENT, LLC                :
                               :   CIVIL ACTION
   v.                          :
                               :   NO. 10-4551
N. ABBONIZIO CONTRACTORS, INC.,:
ET AL.                         :

**O R D E R**

**AND NOW**, this ___7th___ day of ___April___, 2011, upon consideration of Defendants' Motion to Compel Arbitration (ECF No. 5), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **GRANTED** as to Defendant N. Abbonizio Contractors, Inc.

2. The Motion is **DENIED** as to Defendant Arch Insurance Company.

3. Plaintiff's claim against Defendant Arch is **STAYED** during the pendency of Plaintiff's arbitration with Defendant Abbonizio.

**IT IS SO ORDERED.**

                **BY THE COURT:**

                **R. BARCLAY SURRICK, J.**